UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**FILED**
DEC 1 2 2003
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

EOS Partners L.P.,
EOS Partners (Offshore), L.P.,

        Plaintiffs,

v.

Madison Dearborn Partners Inc.,
Madison Dearborn Partners LLC,
Madison Dearborn Partners III, L.P.,
Timothy Hurd, and
Paul Wood,

        Defendants.

Case No.: 03C 6861

Judge Blanche M. Manning

Magistrate Judge Morton Denlow

DEC 1 5 2003

## PARTIES' JOINT STIPULATION TO DISMISS THE COMPLAINT WITH PREJUDICE

Plaintiffs and defendants respectfully inform the Court that they have reached a settlement of this case. In accord with that settlement, the parties stipulate that this case be dismissed with prejudice and without costs to any party. The parties further request that the status hearing currently set for 11:00 am on December 18, 2003 be stricken.



WHEREFORE, plaintiffs and defendants respectfully request that this case be dismissed with prejudice, without costs to any party, and that the status hearing currently set for 11:00 am on December 18, 2003 be stricken.

Dated: December 12, 2003

Respectfully submitted,

*Harry P. Susman/ by AAK w/permission*
Harry P. Susman
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Tel:  (713) 651-9366
Fax:  (713) 654-6666

Counsel for Plaintiffs
EOS Partners L.P., and
EOS Partners (Offshore), L.P.

J. Andrew Langan
Andrew A. Kassof
R. Christopher Heck
KIRKLAND & ELLIS LLP
200 E. Randolph Drive
Chicago, IL 60601
Tel:  (312) 861-2000
Fax:  (312) 861-2200

Counsel for Defendants
Madison Dearborn Partners Inc., Madison Dearborn Partners LLC, Madison Dearborn Partners III, L.P., Timothy Hurd, and Paul Wood

## CERTIFICATE OF SERVICE

I, R. Christopher Heck, hereby certify that a copy of the foregoing **Parties' Joint Stipulation to Dismiss the Complaint With Prejudice** was forwarded on December 12, 2003, via facsimile and United States mail to the following person:

Harry P. Susman
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Tel: (713) 651-9366
Fax: (713) 654-6666

Counsel for Plaintiffs
EOS Partners L.P., and
EOS Partners (Offshore), L.P.

_____
R. Christopher Heck